# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand twenty-five.

Before:     Myrna Pérez,
                    *Circuit Judge.*

_____

| | |
|---|---|
| Elaine Porter, Individually and as Attorney-In-Fact for Nicholas Porter, Nicholas Porter, Christopher Nelson, Dora Addai-Mensah, Individually and as Guardian on behalf of plaintiff-child Kevin Addai-Mensah, Kevin Addai-Mensah, Czion Burkhalter, Debra Taylor, Individually and as Guardian for Plaintiff-Child Stephanie Crouch, Stephanie Crouch, Plaintiff-Child, Ariella Lee, James Thoussaint, Stephon Albright, Cody Trealoff, Nicholas Mitchell, Unique Jenkins, Wyatt Peterson, | **ORDER**<br><br>Docket No. 24-3323 |

        Plaintiffs- Appellants,

  v.

The Kroger Co., CVS Pharmacy, Inc, Walgreen Co., Walmart Inc., Sam's West, Inc., Johnson & Johnson Consumer Inc.,

        Defendants - Appellees.

_____

Appellants move to withdraw their pending motion to consolidate appeals and to hold this appeal in abeyance pending the Court's decision in the consolidated appeals under docket number 24-916(L). Appellees do not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

